# United States District Court
## For The Western District of North Carolina
## Charlotte Division

George C. Stoutenburgh,

        Petitioner,

vs.

USA,

        Respondent.

JUDGMENT IN A CIVIL CASE

3:08cv334

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/19/2008 Order.

Signed: August 19, 2008

Frank G. Johns, Clerk
United States District Court